RECEIVED
APR - 2 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES GUILBEAU | CIVIL ACTION NO. 14-2867 |
| VERSUS | CHIEF JUDGE DEE D. DRELL |
| HESS CORPORATION, et al | MAGISTRATE JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to dismiss is GRANTED in part and, in part, DENIED. The plaintiff's claims for fraud, punitive damages, continuing tort, continuing trespass, civil fruits, ultrahazardous activity, claims under Civil Code Articles 2317 and 2322, unjust enrichment, Mineral Code Article 22, Restatement (Second) of Torts §324A and Civil Code Article 2688 are dismissed. In all other respects, the motion to dismiss is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ___ day of April, 2015.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT